EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2023 TSPR 33 |
| | |
| Luis Aponte Morales | 211 DPR ___ |

Número del Caso: TS-10,336

Fecha: 21 de marzo de 2023

Abogada del Peticionario:

    Lcda. Daisy Calcaño López

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis Aponte Morales                    TS-10,336

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de marzo de 2023.

Examinada la *Moción en Cumplimiento de Orden y en Solicitud de Reinstalación al Ejercicio de la Abogacía* presentada el 7 de marzo de 2023, y en vista de que la suspensión del abogado advino final y firme el 16 de febrero de 2023, se ordena la reinstalación del Sr. Luis Aponte Morales al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.  El Juez Asociado señor Colón Pérez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo